**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**JOHN DOE 162,** *et al.*,

    **Plaintiffs,**

  v.

**THE OHIO STATE UNIVERSITY,**

    **Defendant.**

Civil Action 2:23-cv-2991
Judge Michael H. Watson
Magistrate Judge Elizabeth P. Deavers

---

**STEVE SNYDER-HILL,** *et al.*,

    **Plaintiffs,**

  v.

**THE OHIO STATE UNIVERSITY,**

    **Defendant.**

Civil Action 2:23-cv-2993
Judge Michael H. Watson
Magistrate Judge Elizabeth P. Deavers

---

**WILLIAM KNIGHT,** *et al.*,

    **Plaintiffs,**

  v.

**THE OHIO STATE UNIVERSITY,**

    **Defendant.**

Civil Action 2:23-cv-2994
Judge Michael H. Watson
Magistrate Judge Elizabeth P. Deavers

JOHN DOE,

      **Plaintiff,**

v.

**Civil Action 2:23-cv-2996**
**Judge Michael H. Watson**
**Magistrate Judge Elizabeth P. Deavers**

**THE OHIO STATE UNIVERSITY,**

      **Defendant.**

---

**EDWARD GONZALES,**

      **Plaintiff,**

v.

**Civil Action 2:23-cv-3051**
**Judge Michael H. Watson**
**Magistrate Judge Elizabeth P. Deavers**

**THE OHIO STATE UNIVERSITY,**

      **Defendant.**

## ORDER

Plaintiffs in *Snyder-Hill v. The Ohio State University*, Case No. 2:23-cv-2993, ("*Snyder-Hill*")[1] have filed a Motion for Permission to File Under Seal. (ECF No. 3.) Through this motion, the *Snyder-Hill* Plaintiffs seek leave of Court to file under seal a version of the Consolidated Complaint filed on September 18, 2023, (ECF No. 1), that reveals the true name of the John Doe Plaintiffs.

In support, these Plaintiffs cite the Court's previous finding that good cause existed to permit the use of a John Doe designation. *See Snyder-Hill v. The Ohio State University*, Case No. 2:18-cv-736, ECF No. 33. For these same reasons, they request that all Doe Plaintiffs in this case be permitted to proceed anonymously. They further request: (1) that the John Doe

---

[1] This newly filed case is a consolidation of two previously filed cases: *Snyder-Hill v. The Ohio State University*, Case No. 2:18-cv-736 and *Moxley v. The Ohio State University*, Case No, 2:21-3838. This consolidated filing was made in accordance with the Court's Order dated August 28, 2023.

2

Plaintiffs' true names be disclosed only to Defendant, Defendant's attorneys, those working for them, and witnesses on a "need to know" basis and only during the course of this lawsuit and (2) that the parties or their representatives be prohibited from disclosing in pleadings or other documents filed with the Court the John Doe Plaintiffs' names or identities.  These Plaintiffs represent that Defendant does not oppose this request.

For good cause shown, Plaintiff's unopposed Motion (ECF No. 3) is **GRANTED**.  By Notice filed September 25, 2023, Defendant represented that Plaintiffs' true identities have been disclosed to Defendant's attorneys.  (ECF No. 2.)  Defense counsel may disclose the Doe Plaintiffs' identities to Defendant and to other legal support staff for Defendant.  As noted, Defendant has not opposed the limitation that the Doe Plaintiffs' identities also may be disclosed to witnesses only on a "need to know" basis in the course of this litigation.  (*Id*. at 2.)  To that end, the parties are **DIRECTED** to discuss and resolve any question as to which witnesses "need to know" the true identities.  The parties may contact the Court in the event they have reached impasse on this issue.

The *Snyder-Hill* Plaintiffs must file with the Court *ex parte* and under seal a Complaint bearing the Doe Plaintiffs' true names **WITHIN FOURTEEN (14) DAYS** of the date of this Order.

Plaintiffs in the remaining cases are **DIRECTED** to seek leave to file under seal a Complaint bearing any Doe Plaintiffs' true names **WITHIN SEVEN (7) DAYS** of the date of this Order.  To the extent any Doe Plaintiffs in the remaining cases previously have not moved to proceed anonymously, any forthcoming filing must address that issue as well.

**IT IS SO ORDERED**.


Date: October 10, 2023                    /s/ *Elizabeth A. Preston Deavers*
                                         ELIZABETH A. PRESTON DEAVERS
                                         UNITED STATES MAGISTRATE JUDGE