UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JOHN DOE 162**, *et al.*,

    **Plaintiffs,**

    v.

**THE OHIO STATE UNIVERSITY,**

    **Defendant.**

Civil Action 2:23-cv-2991
Judge Michael H. Watson
Magistrate Judge Elizabeth P. Deavers

### ORDER

This case is one of five re-filed cases asserting claims against The Ohio State University for alleged violations of Title IX, 20 U.S.C. § 1681(a).[1] By separate Notice dated October 19, 2023, the five re-filed cases were set for a joint Preliminary Pretrial Conference on November 15, 2023, at 10:30 A.M.  (ECF No. 6.)   The Court recognizes that cooperation by and among counsel for the 235[2] Plaintiffs across these five cases is essential for an orderly and expeditious resolution of the litigation.  The parties have expressed a similar understanding.  (*See, e.g.,* Case No. 2:18-cv-692, Joint Notice, ECF No. 211.)   To that end, this Order supplements that Notice and **DIRECTS** the parties, in drafting their Rule 26(f) Reports, to consider processes designed to promote such a resolution and to prepare to discuss issues at the Conference, including, but not limited to the following:

- the coordination, timing, and sequence of discovery and identification of opportunities for counsel in the five cases to work together in an effort to maximize efficiencies, avoid redundant and duplicative discovery, and minimize needless or repetitive filings, not to mention billing;

---

[1] The other four cases include *Snyder-Hill v. The Ohio State University*, Case No. 2:23-cv-2993; *Knight v. The Ohio State University,* Case No. 2:23-cv-2994; *John Doe v. The Ohio State University*, Case No. 2:23-cv-2996; *Gonzalez v. The Ohio State University,* Case No. 2:23-cv-3051.
[2] John Doe 100 no longer appears as a named Plaintiff in *Gonzales*.

- proceeding anonymously, protective orders and treatment of confidential information including the identities of John or Jane Doe Plaintiffs;[3]

- a protocol for addressing issues of privilege and work product protection that may arise in the course of cooperative efforts;

- the scope and timing of discovery in *Gonzalez v. The Ohio State University,* Case No. 2:23-cv-3051 relating to class certification issues; and

- the benefit of joint monthly discovery management conferences.

**IT IS SO ORDERED**.

Date: October 23, 2023

/s/ *Elizabeth A. Preston Deavers*
ELIZABETH A. PRESTON DEAVERS
UNITED STATES MAGISTRATE JUDGE

---

[3] Relatedly, the Order dated October 10, 2023, directed to the issue of proceeding anonymously and filing unredacted versions of the Complaint *ex parte* and under seal, (ECF No. 3), is **STAYED** in its entirety pending the Preliminary Pretrial Conference. To the extent that Plaintiffs in this case have moved for leave to file, (ECF No. 5), the Court will hold that motion in abeyance pending the Preliminary Pretrial Conference.