UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN DOE 162,

    Plaintiff,

v.

THE OHIO STATE UNIVERSITY,

    Defendant.

Case No. 2:23-cv-2991
Judge Michael H. Watson
Magistrate Judge Elizabeth P. Deavers

---

STEVE SNYDER-HILL, *et al.*,

    Plaintiffs,

v.

THE OHIO STATE UNIVERSITY,

    Defendant.

Case No. 2:23-cv-2993
Judge Michael H. Watson
Magistrate Judge Elizabeth P. Deavers

---

WILLIAM KNIGHT, *et al.*,

    Plaintiffs,

v.

THE OHIO STATE UNIVERSITY,

    Defendant.

Case No. 2:23-cv-2994
Judge Michael H. Watson
Magistrate Judge Elizabeth P. Deavers

JOHN DOE,

    Plaintiff,

v.

THE OHIO STATE UNIVERSITY,

    Defendant.

Case No. 2:23-cv-2996
Judge Michael H. Watson
Magistrate Judge Elizabeth P. Deavers

---

EDWARD GONZALES, *et al.*,

    Plaintiff,

v.

THE OHIO STATE UNIVERSITY,

    Defendant.

Case No. 2:23-cv-3051
Judge Michael H. Watson
Magistrate Judge Elizabeth P. Deavers

## ORDER

Plaintiffs' motion for extension of time to complete the Plaintiffs' fact sheets is **DENIED**. The Court warned Plaintiffs' counsel that moving forward with litigation would be retraumatizing, and counsel should have planned accordingly to complete the fact sheets on time.

Further, unless Plaintiffs break a law or an Order from this Court, they have a First Amendment right to speak about the case. If Defendant feels Plaintiffs' speech is *legally* inappropriate, it may file a well-supported motion.

Case No. 2:23-cv-2991
Case No. 2:23-cv-2993
Case No. 2:23-cv-2994
Case No. 2:23-cv-2996
Case No. 2:23-cv-3051

Page 2 of 3

Counsel are reminded to focus on the issues in the case and to use a professional and courteous tone in filings with the Court.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**

Case No. 2:23-cv-2991
Case No. 2:23-cv-2993
Case No. 2:23-cv-2994
Case No. 2:23-cv-2996
Case No. 2:23-cv-3051

Page 3 of 3