UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN DOE 162,

    Plaintiff,

v.

THE OHIO STATE UNIVERSITY,

    Defendant.

Case No. 2:23-cv-2991
Judge Michael H. Watson
Magistrate Judge Elizabeth P. Deavers

---

STEVE SNYDER-HILL, *et al.*,

    Plaintiffs,

v.

THE OHIO STATE UNIVERSITY,

    Defendant.

Case No. 2:23-cv-2993
Judge Michael H. Watson
Magistrate Judge Elizabeth P. Deavers

---

WILLIAM KNIGHT, *et al.*,

    Plaintiffs,

v.

THE OHIO STATE UNIVERSITY,

    Defendant.

Case No. 2:23-cv-2994
Judge Michael H. Watson
Magistrate Judge Elizabeth P. Deavers

**JOHN DOE,**

    Plaintiff,

v.

**THE OHIO STATE UNIVERSITY,**

    Defendant.

**Case No. 2:23-cv-2996**
**Judge Michael H. Watson**
**Magistrate Judge Elizabeth P. Deavers**

---

**EDWARD GONZALES, *et al.*,**

    Plaintiff,

v.

**THE OHIO STATE UNIVERSITY,**

    Defendant.

**Case No. 2:23-cv-3051**
**Judge Michael H. Watson**
**Magistrate Judge Elizabeth P. Deavers**

### ORDER

The parties shall meet and confer at 2:00 P.M., Eastern Time, on June 14, 2024, to discuss fact sheet deficiencies.

Remaining case deadlines will be discussed at the next status conference, which will be held **IN PERSON** on June 27, 2024, at 10:30 a.m.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**

Case No. 2:23-cv-2991
Case No. 2:23-cv-2993
Case No. 2:23-cv-2994
Case No. 2:23-cv-2996
Case No. 2:23-cv-3051

Page 2 of 2