**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

JOHN DOE 162,

       Plaintiff,

                                    Case No. 2:23-cv-2991
    v.                                Judge Michael H. Watson
                                      Magistrate Judge Deavers

THE OHIO STATE UNIVERSITY,

       Defendant.

---

STEVE SNYDER-HILL, *et al.*,

       Plaintiffs,

                                    Case No. 2:23-cv-2993
    v.                                Judge Michael H. Watson
                                      Magistrate Judge Deavers

THE OHIO STATE UNIVERSITY,

       Defendant.

---

WILLIAM KNIGHT, *et al.*,

       Plaintiffs,

                                    Case No. 2:23-cv-2994
    v.                                Judge Michael H. Watson
                                      Magistrate Judge Deavers

THE OHIO STATE UNIVERSITY,

       Defendant.

---

**JOHN DOE,**

      **Plaintiff,**

                          **Case No. 2:23-cv-2996**

    **v.**                      **Judge Michael H. Watson**

                          **Magistrate Judge Deavers**

**THE OHIO STATE UNIVERSITY,**

      **Defendant.**

---

**EDWARD GONZALES,** *et al.*,

      **Plaintiff,**

                          **Case No. 2:23-cv-3051**

    **v.**                      **Judge Michael H. Watson**

                         **Magistrate Judge Deavers**

**THE OHIO STATE UNIVERSITY,**

      **Defendant.**

**ORDER**

      Counsel's motion in Case Nos. 2:23-cv-2993 and 2:23-cv-3051 to convert the status conference on June 27, 2024, to a telephone conference, ECF No. 52, is **DENIED**.  This conference has been scheduled since June 3, 2024, and counsel offers no compelling reason for either making the request at such a late hour or for the request.  Litigation in the Southern District of Ohio will necessarily involve traveling to the Southern District of Ohio, and counsel should be prepared for that.  The Court intends to discuss certain matters at the conference that are better addressed in person.

      **IT IS SO ORDERED.**

                          **___*/s Michael H. Watson*_____**
                          **MICHAEL H. WATSON, JUDGE**
                          **UNITED STATES DISTRICT COURT**