UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN DOE 162,

    Plaintiff,

v.

THE OHIO STATE UNIVERSITY,

    Defendant.

Case No. 2:23-cv-2991
Judge Michael H. Watson
Magistrate Judge Deavers

---

STEVE SNYDER-HILL, *et al.*,

    Plaintiffs,

v.

THE OHIO STATE UNIVERSITY,

    Defendant.

Case No. 2:23-cv-2993
Judge Michael H. Watson
Magistrate Judge Deavers

---

WILLIAM KNIGHT, *et al.*,

    Plaintiffs,

v.

THE OHIO STATE UNIVERSITY,

    Defendant.

Case No. 2:23-cv-2994
Judge Michael H. Watson
Magistrate Judge Deavers

JOHN DOE,

      Plaintiff,

v.

THE OHIO STATE UNIVERSITY,

      Defendant.

Case No. 2:23-cv-2996
Judge Michael H. Watson
Magistrate Judge Deavers

---

EDWARD GONZALES, et al.,

      Plaintiff,

v.

THE OHIO STATE UNIVERSITY,

      Defendant.

Case No. 2:23-cv-3051
Judge Michael H. Watson
Magistrate Judge Deavers

## ORDER

The Court will hold a telephone status conference in these matters on **Thursday, February 20, 2025, at 12:00 p.m.** In preparation, Defendant is **ORDERED** to synthesize certain information from the multiple attachments to its January 28, 2025 email into a single Excel spreadsheet in the following way:

| Plaintiff Name | Total Number of Documents Outstanding | Number of Outstanding Documents by Category as applicable (e.g., Employment: (#); Medical: (#); Billing: (#); Academic: (#)) | Has Plaintiff's counsel represented either that they've provided all information the client has or that MRC should cease further |
|---|---|---|---|

|  |  |  | collection efforts? (Y/N) |
|---|---|---|---|
| Case Number: 2:23-cv-2991 ||||
|  |  |  |  |
| Case Number: 2:23-cv-2993 ||||
|  |  |  |  |
| Case Number: 2:23-cv-2994 ||||
|  |  |  |  |
| Case Number: 2:23-cv-3051 ||||
|  |  |  |  |

Defendant shall submit this information for *in camera* review electronically to each Judge's chambers email address no later than **Friday, February 14, 2025**.

Additionally, notwithstanding Defendant's expressed need for additional records, each side should be prepared to present its choice of ten discovery plaintiffs at the telephone conference, and the Court will determine during the conference whether to grant Defendant's request for additional time to revise that list pending additional records collection efforts.

**IT IS SO ORDERED.**

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT

_____
ELIZABETH A. PRESTON DEAVERS
UNITED STATES MAGISTRATE JUDGE