UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN DOE 162,

    Plaintiff,

v.

THE OHIO STATE UNIVERSITY,

    Defendant.

Case No. 2:23-cv-2991
Judge Michael H. Watson
Magistrate Judge Deavers

---

STEVE SNYDER-HILL, *et al.*,

    Plaintiffs,

v.

THE OHIO STATE UNIVERSITY,

    Defendant.

Case No. 2:23-cv-2993
Judge Michael H. Watson
Magistrate Judge Deavers

---

WILLIAM KNIGHT, *et al.*,

    Plaintiffs,

v.

THE OHIO STATE UNIVERSITY,

    Defendant.

Case No. 2:23-cv-2994
Judge Michael H. Watson
Magistrate Judge Deavers

JOHN DOE,

    Plaintiff,

v.

THE OHIO STATE UNIVERSITY,

    Defendant.

Case No. 2:23-cv-2996
Judge Michael H. Watson
Magistrate Judge Deavers

---

EDWARD GONZALES, *et al.*,

    Plaintiff,

v.

THE OHIO STATE UNIVERSITY,

    Defendant.

Case No. 2:23-cv-3051
Judge Michael H. Watson
Magistrate Judge Deavers

## ORDER

This Order memorializes the telephone status conference held on March 20, 2025. The Court will hold the next status conference by telephone on **April 3, 2025 at 12:00 P.M. (Eastern)**. As of that date, all records collection will be considered completed for purposes of the bellwether case selection phase of these cases. This does not mean, however, that any party found to have wholly failed to comply with their record collection obligations will be absolved of such failure.

**By 10:00 A.M. (Eastern) on the conference date**, Plaintiffs shall file on the docket a **joint** list of 10 plaintiffs that will proceed to full fact discovery and Defendant shall file its list of 10 plaintiffs that will proceed to full fact discovery ("Discovery Plaintiffs"). The parties shall file their lists on the public docket utilizing John or Jane Doe pseudonyms as necessary. The

parties also shall file under seal without further order of the Court corresponding lists disclosing the identity of any proposed plaintiff proceeding anonymously.

In the interim, the parties shall meet and confer on a proposed revised case schedule and discovery guidance. The parties shall submit their **joint** proposal on these matters electronically to both Judges' chambers no later than **APRIL 1, 2025 at 5:00 P.M. (Eastern).** By that same deadline, the parties also shall separately submit their proposed agenda for the conference. Counsel on behalf of **ALL** parties <u>are required</u> to participate in the conference on **APRIL 3, 2025**, and are expected to take all necessary advance measures to avoid technical difficulties or any other issue preventing their participation.

**IT IS SO ORDERED.**

Date: March 25, 2025

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT

_____
ELIZABETH A. PRESTON DEAVERS
UNITED STATES MAGISTRATE JUDGE