# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JOHN DOE 162, et al., | |
| Plaintiffs, | Case No. 2:23-cv-02991 |
| v. | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | Magistrate Judge Elizabeth P. Deavers |
| Defendant. | |
| STEVE SNYDER-HILL, et al., | |
| Plaintiffs, | Case No. 2:23-cv-02993 |
| v. | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | Magistrate Judge Elizabeth P. Deavers |
| Defendant. | |
| WILLIAM KNIGHT, et al., | |
| Plaintiffs, | Case No. 2:23-cv-02994 |
| v. | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | Magistrate Judge Elizabeth P. Deavers |
| Defendant. | |
| JOHN DOE, | |
| Plaintiff, | Case No. 2:23-cv-02996 |
| v. | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | Magistrate Judge Elizabeth P. Deavers |
| Defendant. | |

| | |
|---|---|
| EDWARD GONZALES, et al.,<br><br>               Plaintiffs,<br>   v.<br><br>THE OHIO STATE UNIVERSITY,<br><br>               Defendant. | Case No. 2:23-cv-3051<br><br>Judge Michael H. Watson<br><br>Magistrate Judge Elizabeth P. Deavers |

**DEFENDANT THE OHIO STATE UNIVERSITY'S**
**DISCOVERY PLAINTIFF SELECTIONS (PUBLIC VERSION)**

Pursuant to the Court's March 25, 2025 order in the above-captioned actions, and subject to defendant The Ohio State University's ("Ohio State") ongoing objections to the incomplete Plaintiff Fact Sheets and deficiencies in the completeness of Plaintiffs' records still being produced, Ohio State's 10 Discovery Plaintiffs are as follows:

*Snyder-Hill, et al.*, **Case No. 2:23-cv-2993**

- John David Faler
- John Doe 8
- John Doe 20
- John Doe 101

*Gonzales, et al.*, **Case No. 2:23-cv-3051**

- John Doe 14
- John Doe 19
- John Doe 89
- John Doe 95

*Knight et al.*, **Case No. 2:23-cv-2994**

- John Doe 4

2

- John Doe 14

        Respectfully submitted,

        DAVE YOST
        ATTORNEY GENERAL OF OHIO

        /s/ Michael H. Carpenter
        Michael H. Carpenter (0015733) (Trial Attorney)
        Timothy R. Bricker (0061872)
        Michael N. Beekhuizen (0065722)
        David J. Barthel (0079307)
        CARPENTER LIPPS LLP
        280 Plaza, Suite 1300
        280 North High Street
        Columbus, OH 43215
        Phone: (614) 365-4100
        Fax: (614) 365-9145
        E-mail:carpenter@carpenterlipps.com
                bricker@carpenterlipps.com
                beekhuizen@carpenterlipps.com
                barthel@carpenterlipps.com

        *Special Counsel for Defendant*
        *The Ohio State University*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically on April 3, 2025. Notice was sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel. The parties may access this filing through the Court's ECF system.

/s/ Michael H. Carpenter
Michael H. Carpenter

*Trial Attorney for Defendant The Ohio State University*