UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN DOE 162,

       Plaintiff,

v.

THE OHIO STATE UNIVERSITY,

       Defendant.

Case No. 2:23-cv-2991
Judge Michael H. Watson
Magistrate Judge Deavers

---

STEVE SNYDER-HILL, et al.,

       Plaintiffs,

v.

THE OHIO STATE UNIVERSITY,

       Defendant.

Case No. 2:23-cv-2993
Judge Michael H. Watson
Magistrate Judge Deavers

---

WILLIAM KNIGHT, et al.,

       Plaintiffs,

v.

THE OHIO STATE UNIVERSITY,

       Defendant.

Case No. 2:23-cv-2994
Judge Michael H. Watson
Magistrate Judge Deavers

JOHN DOE,

    Plaintiff,

v.

THE OHIO STATE UNIVERSITY,

    Defendant.

Case No. 2:23-cv-2996
Judge Michael H. Watson
Magistrate Judge Deavers

---

EDWARD GONZALES, *et al.*,

    Plaintiff,

v.

THE OHIO STATE UNIVERSITY,

    Defendant.

Case No. 2:23-cv-3051
Judge Michael H. Watson
Magistrate Judge Deavers

## ORDER MEMORIALIZING THE APRIL 3, 2025 TELEPHONE CONFERENCE

This Order memorializes the telephone status conference held on April 3, 2025. Pursuant to that conference, the Court **ORDERS** the following.

Plaintiffs' Counsel and Defense Counsel shall meet and confer regarding the best method to enable counsel to view the existing Consolidated Complaint in each docket. One option is to jointly move the Court to remove all restrictions (and impose any necessary restrictions) required so that counsel of record in a given docket—and only counsel of record in that docket—can view the Consolidated Complaint in that docket. Further, counsel shall inform the Court as to whether

counsel requests similar accommodations for filings other than the Consolidated Complaints.

During the above-mentioned meet and confer, Plaintiffs' Counsel and Defense counsel shall discuss the most recent iteration of the proposed Addendum to the Protective Order. Counsel shall endeavor to submit a joint proposed Addendum within **FOURTEEN DAYS**.

The Court **REITERATES** its oral ruling that full discovery has opened for each of the twenty Discovery Plaintiffs, and the Court will issue a detailed Case Management Order in due course. However, the Court **ORDERS** Defendant to notify the applicable set of Plaintiffs' Counsel at least one week prior to sending any subpoenas in any of these cases. Such advanced notice will enable, *inter alia*, the applicable Plaintiffs' Counsel to ensure their client notifies loved ones of their status in this case and will avoid the instance in which, for example, an aged parent learns via receipt of a *subpoena* that their son was the victim of a horrific crime.

Further, the Court previously ordered all parties to be represented at the April 3, 2025 status conference, ECF No. 56, and yet no counsel in Case No. 2:23-cv-2996 attended the conference. Nor did any counsel in that same case appear at the previous conference held on March 20, 2025. Counsel are **REMINDED** that the Court expects at least one Plaintiffs' Counsel from each case to attend all joint status conferences unless excused by the Court.

The next status conference will be held on **WEDNESDAY, JUNE 18, 2025,** at **2:00 P.M.** in Courtroom 120 of the Joseph P. Kinneary, United States Courthouse.

Counsel is reminded of their obligation to submit a joint proposed agenda in advance of that hearing.

IT IS SO ORDERED.

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT

_____
ELIZABETH A. PRESTON DEAVERS
UNITED STATES MAGISTRATE JUDGE