**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

FILED
RICHARD W. NAGEL
CLERK OF COURT
2025 JUL 18 PM 2:15
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

**JOHN DOE 162,**

**Plaintiff,**

**v.**

**THE OHIO STATE UNIVERSITY,**

**Defendant.**

**Case No. 2:23-cv-2991**
**Judge Michael H. Watson**
**Magistrate Judge Deavers**

---

**STEVE SNYDER-HILL, *et al.*,**

**Plaintiffs,**

**v.**

**THE OHIO STATE UNIVERSITY,**

**Defendant.**

**Case No. 2:23-cv-2993**
**Judge Michael H. Watson**
**Magistrate Judge Deavers**

---

**WILLIAM KNIGHT, *et al.*,**

**Plaintiffs,**

**v.**

**THE OHIO STATE UNIVERSITY,**

**Defendant.**

**Case No. 2:23-cv-2994**
**Judge Michael H. Watson**
**Magistrate Judge Deavers**

---

**STEVE GRESOCK,**

**Plaintiff,**

**v.**

**THE OHIO STATE UNIVERSITY,**

**Defendant.**

**Case No. 2:23-cv-2996**
**Judge Michael H. Watson**
**Magistrate Judge Deavers**

---

**EDWARD GONZALES, *et al.*,**

**Plaintiff,**

**v.**

**THE OHIO STATE UNIVERSITY,**

**Defendant.**

**Case No. 2:23-cv-3051**
**Judge Michael H. Watson**
**Magistrate Judge Deavers**

---

**ORDER**

It is time to participate in good-faith efforts to resolve these cases short of continued litigation. Protracted, expensive litigation disserves the Plaintiffs, Defendant The Ohio State University, and the Ohio taxpayers who fund the University.

Accordingly, and notwithstanding the parties' prior statements regarding their preferred mediators, the Court **APPOINTS** former United States District Judge Layn Phillips to mediate these cases. The Court will set forth Judge Phillips' daily rate and cost-not-to-exceed via separate Order, and the parties

**SHALL** share that cost equally. Mediation will begin immediately at Judge Phillips' convenience, and the parties are **DIRECTED** to contact Judge Phillips by phone at (949) 760-5280 within **SEVEN DAYS** of this Order to schedule it. The parties are **DIRECTED** file a joint notice reflecting the status (but not the substance) of mediation within **THREE DAYS** of its completion.

Finally, the Court expects the parties to concurrently proceed with discovery on the bellwether matters in consideration of the firm trial date in October 2026.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**