UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN DOE 162, *et al.*,

    Plaintiffs,

  v.

THE OHIO STATE UNIVERSITY,

    Defendant.

Civil Action 2:23-cv-2991
Judge Michael H. Watson
Magistrate Judge Elizabeth P. Deavers

---

STEVE SNYDER-HILL, *et al.*,

    Plaintiffs,

  v.

THE OHIO STATE UNIVERSITY,

    Defendant.

Civil Action 2:23-cv-2993
Judge Michael H. Watson
Magistrate Judge Elizabeth P. Deavers

---

WILLIAM KNIGHT, *et al.*,

    Plaintiffs,

  v.

THE OHIO STATE UNIVERSITY,

    Defendant.

Civil Action 2:23-cv-2994
Judge Michael H. Watson
Magistrate Judge Elizabeth P. Deavers

**JOHN DOE,**

  **Plaintiff,**

v.             **Civil Action 2:23-cv-2996**
              **Judge Michael H. Watson**
**THE OHIO STATE UNIVERSITY,**   **Magistrate Judge Elizabeth P. Deavers**

  **Defendant.**

---

**EDWARD GONZALES,**

  **Plaintiff,**

v.             **Civil Action 2:23-cv-3051**
              **Judge Michael H. Watson**
**THE OHIO STATE UNIVERSITY,**   **Magistrate Judge Elizabeth P. Deavers**

  **Defendant.**

## NOTICE

  **TAKE NOTICE** that a Telephonic Status Conference will be held before Judge Michael H. Watson and Magistrate Judge Elizabeth A. Preston Deavers on **JANUARY 13, 2026,** at **3:00 P.M**.

  The parties are directed to call **1-551-285-1373,** enter Zoom Meeting ID **161-603-4081#**. The Participant ID and Meeting Passcode are both **581746#.**


**DATE: January 12, 2026**         *s/Sherry Nichols*
                 Sherry Nichols, Courtroom Deputy
                 Sherry_Nichols@ohsd.uscourts.gov
                 614-719-3461