1
# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**JOHN DOE 162,** *et al.***,**

    **Plaintiffs,**

  **v.**

**THE OHIO STATE UNIVERSITY,**

    **Defendant.**

**Case No. 2:23-cv-2991**
**Judge Michael H. Watson**
**Magistrate Judge Elizabeth P. Deavers**

---

**STEVE SNYDER-HILL,** *et al.***,**

    **Plaintiffs,**

  **v.**

**THE OHIO STATE UNIVERSITY,**

    **Defendant.**

**Case No. 2:23-cv-2993**
**Judge Michael H. Watson**
**Magistrate Judge Elizabeth P. Deavers**

---

**WILLIAM KNIGHT,** *et al.,*

    **Plaintiffs,**

  **v.**

**THE OHIO STATE UNIVERSITY,**

    **Defendant.**

**Case No. 2:23-cv-2994**
**Judge Michael H. Watson**
**Magistrate Judge Elizabeth P. Deavers**

---

**STEVE GRESOCK,**

    **Plaintiff,**

  **v.**

**Case No. 2:23-cv-2996**
**Judge Michael H. Watson**
**Magistrate Judge Elizabeth P. Deavers**

2

**THE OHIO STATE UNIVERSITY,**

        **Defendant.**

---

**EDWARD GONZALEZ**, *et al.*,

        **Plaintiffs,**

    **v.**

**THE OHIO STATE UNIVERSITY,**

        **Defendant.**

        **Case No. 2:23-cv-3051**
        **Judge Michael H. Watson**
        **Magistrate Judge Elizabeth P. Deavers**

---

## ORDER

This matter is before the Court *sua sponte* upon review of the Motion of Non-Party Leslie Wexner for an Order (a) Quashing Plaintiffs' Deposition Subpoena of January 13, 2026 or alternatively issuing a protective order prohibiting such deposition and (b) awarding Non-Party all fees and expenses. (Case No. 2:23-cv-3051, ECF No. 155.) In consultation with the presiding District Judge, the default briefing schedule shall not apply. Plaintiffs are **DIRECTED** to respond to the Motion within **SEVEN (7) DAYS**. If Defendant intends to respond, it too shall do so within **SEVEN (7) DAYS**. No Reply will be permitted unless ordered by the Court.

    **IT IS SO ORDERED.**

                            */s/ Elizabeth A. Preston Deavers*
                            **ELIZABETH A. PRESTON DEAVERS**
                            **UNITED STATES MAGISTRATE JUDGE**