# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**JOHN DOE 162,** *et al.,*

       **Plaintiffs,**

           **Case No. 2:23-cv-2991**

   **v.**                  **Judge Michael H. Watson**

           **Magistrate Judge Elizabeth P. Deavers**

**THE OHIO STATE UNIVERSITY,**

       **Defendant.**

---

**STEVE SNYDER-HILL,** *et al.,*

       **Plaintiffs,**

           **Case No. 2:23-cv-2993**

   **v.**                  **Judge Michael H. Watson**

           **Magistrate Judge Elizabeth P. Deavers**

**THE OHIO STATE UNIVERSITY,**

       **Defendant.**

---

**WILLIAM KNIGHT,** *et al.,*

       **Plaintiffs,**

           **Case No. 2:23-cv-2994**

   **v.**                  **Judge Michael H. Watson**

           **Magistrate Judge Elizabeth P. Deavers**

**THE OHIO STATE UNIVERSITY,**

       **Defendant.**

---

STEVE GRESOCK,

      Plaintiff,                          **Case No. 2:23-cv-2996**
                                        **Judge Michael H. Watson**
      v.                              **Magistrate Judge Elizabeth P. Deavers**

THE OHIO STATE UNIVERSITY,

      Defendant.

---

EDWARD GONZALEZ, *et al.*,

      Plaintiffs,

                                    **Case No. 2:23-cv-3051**
      v.                              **Judge Michael H. Watson**
                                    **Magistrate Judge Elizabeth P. Deavers**

THE OHIO STATE UNIVERSITY,

      Defendant.

---

## ORDER

This matter is before the Court on a Motion for Leave to File Amicus Response to Plaintiff's Motion to Compel filed by non-party State Medical Board of Ohio.  (ECF No. 171 in *Gonzales v. The Ohio State University*, Case No. 2:23-cv-3051.)  For good cause shown, the Motion is **GRANTED.**  The State Medical Board of Ohio may have until **MARCH 17, 2026,** to file its amicus response.

      **IT IS SO ORDERED**.

Date: February 27, 2026

                               */s/ Elizabeth A. Preston Deavers*
                               ELIZABETH A. PRESTON DEAVERS
                               UNITED STATES MAGISTRATE JUDGE